UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | NO. 3:11-00091 |
| ) | JUDGE CAMPBELL |
| ANTONIO TAREZ POPE ) | |

## ORDER

Pending before the Court is a Request to Reschedule Supervised Release Violation Hearing by Counsel for the Defendant Antonio Pope (Docket No. 44). The request is GRANTED.

The hearing on the Petition for Revocation of Supervised Release (Docket No. 35) scheduled for April 18, 2013, at 2:00 p.m. is RESCHEDULED for April 18, 2013, at 10:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE