UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00091 |
| | ) | JUDGE CAMPBELL |
| ANTONIO TAREZ POPE | ) | |

## ORDER

On April 25, 2013, the Court held a hearing on the Petition (Docket No. 35) alleging a violation of the conditions of Supervised Release. For the reasons stated on the record, the hearing is continued to June 17, 2013 at 10:00 a.m. By June 10, 2013, the parties shall file a status report on the related state case.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE