UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00091 |
| | ) | JUDGE CAMPBELL |
| ANTONIO TAREZ POPE | ) | |

ORDER

Pending before the Court is the Government's Motion to Relieve Counsel for Revocation Hearing (Docket No. 51). The Motion is GRANTED.

It is so ORDERED.

                                           _____
                                           TODD J. CAMPBELL
                                           UNITED STATES DISTRICT JUDGE